**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISON**

**CASE NO.: 2:25-cv-00164**

TAVIRA AT BONITA BAY CONDOMINIUM ASSOCIATION INC.,

Plaintiff,

vs.

HARTFORD INSURANCE COMPANY OF THE MIDWEST,

Defendant.
_______________________________________/

## AMENDED COMPLAINT FOR DAMAGES

Plaintiff, Tavira at Bonita Bay Condominium Association Inc. ("Tavira"), by and through the undersigned counsel, files this Complaint for Damages against Defendant, Hartford Insurance Company of the Midwest ("Insurance Company"), and in support thereof states as follows:

## INTRODUCTION

1. Plaintiff brings this Complaint against the Insurance Company for breach of contract for failing to pay for flood damages sustained to Plaintiff's property during Hurricane Ian on or about September 28, 2022.

2. Plaintiff timely paid all premiums charged by the Insurance Company for the subject flood insurance policy, promptly reported the loss, and timely submitted a sworn proof of loss along with evidence supporting its claim. Despite this, the Insurance Company failed to fully indemnify Plaintiff for covered losses.

3. Plaintiff now seeks damages from the Insurance Company due to its unreasonable failure to pay for losses covered under the subject insurance policy.

**JURISDICTION AND VENUE**

4. The Court has jurisdiction over this action and the Insurance Company pursuant to 42 U.S.C. § 4072. Federal courts, like this Court, have original and exclusive subject matter jurisdiction over cases involving disputed disallowance or partial disallowance of federal flood insurance claims proceeds, regardless of the amount in controversy.

5. The Court has personal jurisdiction over the Insurance Company because it does business in and is authorized to do business in the State of Florida and because it issued policies of flood insurance covering properties that are located in this district.

6. Venue is proper in this district pursuant to 42 U.S .C. § 4072, as Plaintiff's insured property is located in this district.

**PARTIES**

7. Plaintiff is a Florida incorporated condominium association governing and owning the condominium building located at 4851 Bonita Bay Blvd, Bonita Springs, Florida 34134.

8. The Insurance Company is authorized to issue standard flood insurance policies (SFIP) to property owners in the State of Florida under the National Florida Insurance Program (NFIP) administered by the Federal Emergency Management Agency (FEMA).

**THE FACTS**

9. Prior to September 28, 2022, in exchange for premiums paid by Tavira, the Insurance Company issued a standard flood insurance policy, policy number 99045443482019, insuring the condominium building located at 4851 Bonita Bay Blvd, Bonita Springs, Florida 34134 ("Property") against risk of loss from flood pursuant to the terms and conditions of the insurance policy. A copy of the declarations page is attached as Exhibit 1.

10. Prior to September 28, 2022, Tavira had paid all policy premiums due and the insurance policy was in full force and effect.

11. On or about September 28, 2022, Hurricane Ian struck Florida causing significant flooding damage to the Property.

12. Tavira provided timely and sufficient notice of the loss to the Insurance Company.

13. The Insurance Company acknowledged Tavira's reporting of damages and assigned claim number 383795.

14. Tavira has otherwise complied with and satisfied all conditions precedent to bringing this action.

**COUNT I - BREACH OF CONTRACT**

15. Tavira realleges paragraphs 1 through 14 above.

16. The damages sustained to the Property are covered under insurance policy number 09-99045443482019 issued by the Insurance Company and no exclusions or policy terms exist to bar coverage for these damages.

17. The Insurance Company's failure to fully indemnify Plaintiff for all covered losses to the Property is a material breach of the subject insurance policy.

18. As a direct result of the Insurance Company's breach of the insurance policy, Tavira has and continues to suffer damages as it pertains to the Property.

WHEREFORE, Plaintiff, Tavira at Bonita Bay Condominium Association Inc., respectfully demands entry of judgment in its favor and against the Defendant, Hartford Insurance Company of the Midwest, for all proceeds due under the subject insurance policy, to be determined at trial, together with pre and post judgement interest and all costs allowable by law, and for any other relief that this Court may deem just and proper.

**DEMAND FOR JURY TRIAL**

Plaintiff requests a trial by jury on all issues so triable.

Respectfully submitted this 27th day of February 2025.

*/s/ Meghan C. Moore, Esq.*
**Meghan C. Moore, Esq.**
Florida Bar No. 668958
meghan.moore@flastergreenberg.com
**Nicole A. Josephy, Esq.**
Florida Bar No. 124492
nicole.josephy@flastergreenberg.com
FLASTER GREENBERG PC
2255 Glades Road, Suite 324A
Boca Raton, FL 33431
Tel: (561) 961-4508

***Attorneys for Tavira at Bonita Bay Condominium Association Inc.***